UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   WAIVER OF
                                    :   SUPERSEDING INDICTMENT
         - v. -                     :
                                    :   S1 08 Cr. 66 (DLC)
KENDY HERNANDEZ,                    :
 a/k/a Christian Melendez,          :
 a/k/a Christian Melendez-Camacho,  :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1344, 1029(a)(5), and 1028A, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by superseding indictment and consents that the proceeding may be by superseding information instead of by superseding indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        May 14, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 14 2008
```