UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      08 CR. 66 (DLC)
                                           :
            -v-                            :      ORDER
                                           :
KENDY HERNANDEZ,                           :
                                           :
            Defendant.                     :
                                           :
------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

DENISE COTE, District Judge:

For the reasons set forth in defense counsel's letter dated July 30, 2008 and with the consent of the Government, it is hereby

ORDERED that the August 15, 2008 sentence is adjourned to **September 4, at 10 a.m.**

IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **August 21** and the Government's response shall be due **August 28**.

SO ORDERED:

Dated:   New York, New York
         July 31, 2008

                              _____
                                       DENISE COTE
                              United States District Judge