# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

August 11, 2008

**BY HAND**

Honorable Judge Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St - Room 1040
New York, NY 10007

Re:  **U.S. v. Kendy Hernandez**
     **08 Cr. 66 (DLC)**

Dear Judge Cote:

    I write in advance of sentencing in the above-captioned
case, which is currently scheduled for September 4, 2008 at 11:30
a.m.  Attached to this submission are numerous letters written by
friends and family members in support of Mr. Kendy Hernandez,
requesting leniency on his behalf.  See Exhibits A-P.  For the
reasons set forth below, I ask the Court to impose a sentence no
greater than forty-eight months, the bottom of the advisory
guideline range, as set forth in the plea agreement.

**A sentence of forty-eight months is sufficient punishment in this
case.**

    Mr. Kendy Hernandez is a 23 year-old young man who has fully
accepted responsibility for his offense conduct.  Although Mr.
Hernandez had initially been charged with a single count of bank
fraud and one count of 18 U.S.C. §1028A, he asked that Counts II
and III be added to his indictment.  Mr. Hernandez made this
request and agreed to plead guilty to two additional counts
because he wanted to accept responsibility for all of his
offenses so that he could put his criminal past behind him and
move forward.

    Although still a young man himself, Mr. Hernandez is a
father to four young children, who rely on his financial support.
He first became a father when he was only 16 years old.  After

Honorable Judge Denise L. Cote                    August 11, 2008
United States District Judge                      Page 2
Southern District of New York

Re:  **U.S. v. Kendy Hernandez**
     **08 Cr. 66 (DLC)**

his son's birth, Mr. Hernandez left school in the 11th grade to
support his child.  (PSR, ¶61). As his stepfather wrote in his
letter to the Court, Mr. Hernandez initially supported his family
working as a mechanic and in various supermarkets.  See Exhibit
A.  He also worked as a lifeguard for the New York City Parks
Department. (PSR, ¶69).  In 2004, with two additional children to
support, Mr. Hernandez decided to open a travel agency business
with a partner, Raul Acosta.  It was through this business that
Mr. Hernandez was introduced to individuals who offered him the
temptation of "easy money" through criminal activity.

     Mr. Hernandez deeply regrets giving in to this temptation,
and understands that he must be punished for his offenses.  In
addition, although he has lived legally in this country since the
age of nine, Mr. Hernandez also understands that he will be
deported to the Dominican Republic after the completion of his
sentence.  Although it will be difficult for him to leave his
many family members who reside in this country, Mr. Hernandez is
prepared to make a fresh start in the Dominican Republic.

     Mr. Hernandez's father and sister still live in the
Dominican Republic and he has already discussed with them the
prospect of working together in a family business upon his
release from custody.  Mr. Hernandez' children, all of whom are
United States citizens, do not intend to move to the Dominican
Republic with him.  However, Mr. Hernandez expects that his
children will spend their summers visiting with him in the
Dominican Republic.

     Mr. Hernandez is an intelligent young man who has earned the
respect of his friends and family.  As is evident from the many
letters written to the Court on his behalf, Mr. Hernandez is a
"community-oriented," "[h]elping, kind and gentle" person who is
"an asset to the community and his family. . . " See Exhibits B,
C.  In her letter to the Court, family friend Ms. Dianna Peralta
writes, "Kendy has always been helpful in his community . . .
Kendy is known for helping those in need and looking out for his
neighbors. In addition Kendy has four children who are awaiting
his return home. At a very young age Kendy has shown to be hard
working and to care for his family who need of a father. . " See
Exhibit D.  Ms. Peralta asks the Court to recognize the value in
Mr. Hernandez admitting his mistakes and "acknowledg[ing] a time
for change. Id.

Honorable Judge Denise L. Cote                     August 11, 2008
United States District Judge                       Page 3
Southern District of New York

**Re:  U.S. v. Kendy Hernandez**
     **08 Cr. 66 (DLC)**

Many of the letters written in support of Mr. Hernandez ask
the Court to be lenient in this case to alleviate the suffering
of Mr. Hernandez's family, including his mother and his four
young children.  In his letter, Mr. Hernandez's brother Yovanni
Garcia describes the hardships his family is presently enduring:
" . . .everyone in my family is hurt because of what is
happ[en]ing, and even hurts me more to see my mother suffer the
way she is because of my brother situation.  Please send my
family home. . .we are all aware that my my brother has learned
from his careless mistakes. . ." See Exhibit E.

Mr. Hernandez is fortunate to have the love and support of a
large family and a close group of friends. · He has used his time
at the MCC to reflect on the very poor choices he has made in the
past which have led to his present circumstances.  He has made a
promise to himself and to his family that he will not disappoint
them again, nor will he do anything in the future to cause them
to suffer as they are now suffering.

Mr. Hernandez recognizes that his mistakes have serious
consequences.  In this case, even a sentence at the bottom of the
advisory guideline range is almost five times longer than any
sentence Mr. Hernandez has previously served.  In addition to his
sentence, Mr. Hernandez will also suffer the collateral
consequence of deportation from the country where he has lived
since he was nine years' old.

Mr. Hernandez has learned the hard way that there is no such
thing as "easy money."  Looking forward, he is still a very
young man with many fine qualities.  He intends to make his
family proud by living up to his potential.

For all these reasons, I ask the Court to impose a sentence
no greater than forty-eight months for this non-violent offense.
Given all of the circumstances, including Mr. Hernandez's genuine
remorse, his age, his lack of any lengthy prior period of
incarceration, the many letters of support written on his behalf,
and the needs of his family, such a sentence is sufficient
punishment in this case.

Honorable Judge Denise L. Cote                          August 11, 2008
United States District Judge                            Page 4
Southern District of New York

Re:   **U.S. v. Kendy Hernandez**
      **08 Cr. 66 (DLC)**

                                  Respectfully submitted,

                                  Jennifer L. Brown
                                  Attorney for **Kendy Hernandez**
                                  Tel.: (212) 417-8722


cc:   Telemachus Kasulis, Esq.
      Assistant United States Attorney

# EXHIBIT A

July 17, 2008


Honorable Denise L. Cole
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Honorable Judge Cole,

I Jose Guzman through this letter certify that I know Kendy Hernandez since he was 9
years of age. He is a well educated man. With good moral standards that were taught to
him. He is a good son. During the last 12 years I have had an even closer relationship
with him by ways of his mother. Kendy and I have bonded like father and son. Kendy has
always supported himself by doing odd jobs. He has always worked in a supermarket and
or in the auto mechanic field.
If you need any additional information regarding Kendin, please contact me at 646-270-
0237.


Sincerely,


Jose Guzman

# EXHIBIT B

To Whom It May Concern:

I am writing to you in regards to Kendy Hernandez. I have known the Hernandez family for several years and know Kendy. I have known Kendy since he was a toddler and have only to be a sweet boy who has grown into a good man. Kendy has always been community oriented which to us means that he participates with his family, goes to church and looks out for those who might be in need. Although Kendy is young he has shown to be hard working and to care for his family. He also comes from a large family and has now created one of his own, who need of him to provide for them.

I have know Kendy's mom Maria Hernandez for very long and know she has taught her son only to be a great man, she yearns for him and for his return to her grandchildren. Please accept my letter on behalf of Kendy in order to guide you to a fair judgment.

Thank you,     *Alice Rue*

# E X H I B I T    C

To Whom It May Concern:

I am writing to you in regards to Kendy Hernandez. I am a family friend and neighbor of the Hernandez family. Kendy has always been a quiet guy, who everyone knows. Helping, kind and gentle are a few way to describe Kendy's persona. He has four children who are awaiting his arrival, and who are in need of a father. I cannot express enough how much of an asset to the community and his family Kendy is.

Sincerely

Marquis Suero

# EXHIBIT D

To Whom It May Concern:

I am writing to you in regards to Kendy Hernandez. I have known the Hernandez family for several years and know Kendy to be a warm, gentle and sincere individual. Kendy has always been helpful in his community even if it's not highlighted in the *Times*. Kendy is known for helping those in need and looking out for his neighbors. In addition Kendy has four children who are awaiting his return home. At a very young age Kendy has shown to be hard working and to care for his family who need of a father, setting good examples for them and teaching them right from wrong.

Very few of us are exceptional people who have never commited some sort of infraction, however there are less people who are wiling to admit their mistakes and acknowledge a time for change. Kendy has committed himself to his family and friends and therefore committed himself to a path for a better future for his four children, whom he misses very much.

Best regards,

Dianna Peralta

# E X H I B I T   E

**Yovanni Garcia**
1358 WASHINGTON AVE APT 4E
BRONX, NEW YORK 10456

**Dear honorable Judge Denise L. Cote:**

My name is Yovanni Garcia, and I am Kendy Hernandez's older brother. Well, Kendy and I grow up together in our native country, the Dominican Republic, and part of our teenage life here in the United States. Since very little he was very smart and curious about things. I still remember up to this day when he used to pick up things practically new that people use to throw away. He uses to bring a lot of old radios and fix them. I always have been a roll model for my brothers especially for him as he follows me in line in the family. He has been in this country for over fifteen years, practically his whole life since he was eight year old. I believe everyone needs a second chance in life and I hope God will answer his call, and mine. With all due respect, I wish you could be a little lenient with my brother. Please send my brother home.

I understand that each individual needs to pay for their offenses, and that includes my brother but my family and I would be forever in debt with you if you can find a way to be a little lenient and give him that second chance in the United States with his family. Life does not always go the way that we plan, and I believe that he knows that now that he is in jail. Life is like a highway, where you might encounter tough roads along the way. My family's life is on that tough road at this stage of our lives. My mother has a saying, while in "Hospital and in jail" you know who are family and friends. The reason that I made this statement is because everyone in my family is hurt because of what is happing, and even hurts me more to see my mother suffer the way she is because of my brother situation. Please send my family home.

At this stage of my family's life, we are all aware that my brother has learned from his careless mistakes and hope you find within you the right words upon the hearing. I thank you in advance for taking the time to read and address my concerns. This year more than ever I have hold myself tight to God, therefore any decision that you take on my brother case I would take it as it was the only one and the best one for my brother. I would deeply appreciate if you take my family in consideration when giving the sentence in my brother's case so my family could continue as a regular family in the Dominican society. If ever need to address any concern directly to me, I can be reach at my job at (718) 828-6311 or (718) 320-2821 from Monday to Friday from 8:30 am to 6:30 pm, and sometimes Saturday from 9:00am to 3:30pm. Please complete my family, make my family whole again.

Sincerely,
YOVANNI GARCIA

# EXHIBIT F

To Whom It May Concern:

I've known Kendy Hernandez for a long time his family is very hard working. I've always considered Kendy to be like the son I've never had. Kendy is a very helpful person who has time and time again proven to be trust worthy and noble.

Sincerely

Rosa Mateo

# EXHIBIT G

A quien Pueda interesar:

Yo Carla Tennet vivo en el 3603 3rd ave # 7-b
mi Telefono es 347-297-6792.

La Presente es Para confirmar que Conosco a Kendy Hernandez
Por almenos 7 años.

Kendy y toda Su Familia Son muy buenas Personas
a las que aprecio mucho, Pues Son Personas que
siempre estan dispuestas a ayudar a quien lo nececite
Kendy es muy buen hijo y muy buen Padre Por favor
ayudenos con este caso. Hay una Madre, y hijos
Hermanos Familiares y amigos esperando la
llegada de Kendy Hernandez
Por favor el merece un Segundo chance
nosotros Sus familiares y amigos Prometemos
que el no se vuelva a meterse en Problemas

gracias Por su Comprencion.
Carla Tennet.

**[Translation]**

7/28/08


To Whom It May Concern:

I, Carla Tennet Vivo, at 3603 3rd Ave. #7-D.  My telephone is 347-297-6792.
The present letter is to confirm that I know Kendy Hernandez for at least 7 years.
Kendy and all his family are very good people who I appreciate a lot.  They are people who are always willing to help whoever needs it.  Kendy is a very good boy and a very good father.
Please help us with this case.  There is a mother, 4 children, familial brothers and friends waiting for the arrival of Kendy Hernandez.

Please, he deserves a second chance.  We, his family and friends, promise that he will not again become involved in problems.

Thank you for your understanding.

Carla Tennet

[Signature]

# EXHIBIT H

July 22, 2008

To Whom It May Concern:

I am writing this letter in reference of Kendey Hernandez. I am asking you to please give this young boy a chance to be free, because I am also a mother and I have suffer so much for my family and I know how much my dear friend, Maria Rodriguez mother of Kendy Hernandez is suffering for her son. I know this family very well for more than 10 years. He is a good young men, he is very proper and courteous with his neighbors.

I'm a Christian lady and I'm asking you please give this child a chance to reform his ways and become a men of good.

I hope this letter get to your heart and help my dear friend and have her son back

Thanks in advance and may God bless you always

Ana Vazquez

*Ana Vazquez*

# EXHIBIT I

To whom it may Concern:

I mariliza Lao Live at 3603 3rd aue #8-B. Bronx my Telephone is 646 243 8056.

I know Kerny Hernandez For about 9 yrs. I know Kerny's Family For many years they all well educated and they Very good People who always have a Smile for every One. I remember one day I was coming From the Super marbet with many bags and Pushing a Stroller, back then he was about 14 years old and he asked me if a needit help I Looks at him and said yes please he grab my bags and walked to my house after that day he introduse me to hes family and we all became friends.

I Love Kerny and my childrens always asked for him and I never answer because we all know that Kerny is a good Person. I hope he gets another Chance in life because he is one of them who deserve a Second chance in life. Please help us we Promise he will never get in troble again.

Thank you.
sc.

Mariliza Lao

# EXHIBIT J

7/29/08

To whom it May Concern:

My name is Migulina
Haue a Beauty Salon at
485 E 180 st, My tel. is
(718) 561-8977. I'm friend of
maria and know Kerdy for
a long time, our kids used to
play together. Growing up he
was a good kid and became
a great man, son, and father.
I am here pledge that you
make the right choose so
he can more his own
discern in life.

Sincerely.
Migulina Britt

# EXHIBIT K

July 28, 2008

Honorable Denise L. Cole
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Cole:

I Sandra Castillo, in present certify that I know Mr. Kendy Hernandez for over three year prior to his incarceration. He is a very good person. He is respectful to others. He and his family have always demonstrated to be worthy people. He has had no problems with the community. His mother is known to be a very hard working lady. Any additional questions feel free to contact me at 718-537-3823.

Sincerely,

Sandra Castillo

# EXHIBIT L

July 30, 2008

Honorable Denise L. Cole
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Cole,

RE: KENDIN HERNANDEZ

I Kerry Liza Duran have known Kendin and his family for a little over 5 years; I moved up here from Florida with my children. I have no family here. Kendin and his family have always extended a helping hand. They have demonstrated courtesy and respect. Kendin has been an asset to the family. He has also walked with us ensuring our safety home or to a taxi on days that have seemed unsafe. Kendin has never shown to be a difficult individual or have an aggressive behavior nor has he ever shown disrespect to me and my family. I humbly ask that his sentence be reconsidered. For any additional questions or concerns, feel free to contact me at 917-549-9005

Sincerely,

Kerry Liza Duran
Caseworker
City OF NY -HRA

KLD

840 GRAND CONCOURSE #3F
BRONX, NY 10451

# EXHIBIT M

July 27, 2008

Honorable Denise L. Cole
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Lina Nuñez
1309 Washington Ave. Apt. 14F
Bronx, NY 10456

Dear Honorable Judge Cole:

Hello, my name is Lina Nuñez; a friend of Kendy Hernandez's family for over 10 years. I have watched him grow and grow up into a nice young man. He has always shown respect for others. He has worked hard for something he wants. He is very good to his family and friends. He is also known to be very giving to his family and friends. I ask that you please take this matter into consideration. If ever needed, please contact me at 718-588-0346.

Sincerely, Lina Nuñez

Lina Nuñez

# EXHIBIT N

To Whom It May Concern:

My name is Amy Guzman,
I'am friends with the
Hernandez family for a long
time. I have known Kendy
for a long time, we was
even rise together. He is
a family man and a hard
working one. We need him
and miss him. Please make
a good judgment and let
him come home.

Sincerely
Amy P. Guzman

# EXHIBIT O

**[Translation]**

July 22, 2008

To Whom It May Concern:

I, Lurgen Yadira Guzman, through the present means do state that I know the young man Kendy Hernandez since the year 2001. This makes me state that he has been an educated young man of good morales (sic) and a very good boy. I have maintained a very good friendship with his mother, as a result of which I state that she has provided him with a very good family base.

Sincerely,

Lurgen Yadira Guzman
2074 Wallace Avenue Apt. 607
Bronx, New York 10462

Julio 22, 2008

A quien Pueda Interesar:

Yo Lurgen Yadira Guzman a través de las presentes líneas hago constar que conozco al joven Kendy Hernández desde el año 2001. Lo cual me hace constar que ha sido un joven educado, de buenos modales y un muy buen hijo. He mantenido una muy buena amistad con su madre la cual me consta que le ha inculcado una muy buena base familiar.

Sinceramente,

Lurgen Yadira Guzman
2074 Wallace Avenue Apt. 607
Bronx, New York 10462

# E X H I B I T   P

7-29-08

To Whom It may concern.

My name is Carmen Peña
I live at 1821 University our apt
3B my telephone (646) 332-2605.
I am a Friend of Maria Heenenka
and know her kids since
they were in school. And Hang
out with my kids all the time.
Kendy was well educated
and everly Helpful.

Sincerely