# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



September 2, 2008

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

**BY HAND**

Honorable Judge Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St - Room 1040
New York, NY 10007

**Re:   U.S. v. Kendy Hernandez**
       **08 Cr. 66 (DLC)**

Dear Judge Cote:

   I write to request an adjournment of the sentencing date in the above captioned case, which is currently set for September 4, 2008. Mr. Hernandez has just learned that his father died, and is grief-stricken. For this reason, I request a brief, two-week adjournment, of the sentencing, so that Mr. Hernandez has some time to grieve prior to his sentencing. I have spoken with Assistant United States Attorney, Telemachus Kasulis, and he has no objection to this request for adjournment of sentence.

                                    Respectfully submitted,

                                    Jennifer L. Brown
                                    Attorney for **Kendy Hernandez**
                                    Tel.: (212) 417-8722

cc:  Telemachus Kasulis, Esq.
     Assistant United States Attorney

*Granted. Sentence is adjourned to Sept. 19 at 3:30 pm.*

*Denise Cote*
*Sept. 3, 2008*